UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  04-10242-BKC-AJC
FELIX EDUARDO PINA
LIXDYS CAROLINA ITURRIZA

                                          CHAPTER 13                JUL 20 2006

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 3,379.26 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  7/19/06

                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:
FELIX EDUARDO PINA
LIXDYS CAROLINA ITURRIZA
6205 SW KENDALE LAKES CIR
F-178
MIAMI, FL 33183

ROBERT SANCHEZ, ESQUIRE
501 EAST 49TH STREET
HIALEAH, FL 33013

WASHINGTON MUTUAL BANK
DEFAULT CASH PROCESSING
MAIL STOP:MWIA303
MILWAUKEE, WI 53224

PASEO REAL CONDOMINIUM ASSOC.
C/O JEFFREY S. BERLOWITZ, ESQ.
4000 HOLLYWOOD BLVD., STE 265S
HOLLYWOOD, FL 33021

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  
FELIX EDUARDO PINA  
LIXDYS CAROLINA ITURRIZA

CASE NO.   04-10242-BKC-AJC

CHAPTER 13

JUL 20 2006

FELIX EDUARDO PINA  
LIXDYS CAROLINA ITURRIZA  
6205 SW KENDALE LAKES CIR  
F-178  
MIAMI, FL 33183

ROBERT SANCHEZ, ESQUIRE  
501 EAST 49TH STREET  
HIALEAH, FL 33013

WASHINGTON MUTUAL BANK        ---------$        3,213.18  
DEFAULT CASH PROCESSING  
MAIL STOP:MWIA303  
MILWAUKEE, WI 53224

PASEO REAL CONDOMINIUM ASSOC. ---------$          166.08  
C/O JEFFREY S. BERLOWITZ, ESQ.  
4000 HOLLYWOOD BLVD., STE 265S  
HOLLYWOOD, FL 33021

U.S. Trustee  
51 S.W. 1st Avenue  
Miami, Florida 33130